

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-14-00254-CR

James Alvin Greene § From the 97th District Court

§ of Montague County (2013-0021M-CR)

v. § March 26, 2015

§ Opinion by Chief Justice Livingston

The State of Texas § (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reduce the court costs to $564. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Terrie Livingston
     Chief Justice Terrie Livingston